IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SHERRI SPEARS, et al.,** ) | |
| ) | |
| *Plaintiffs,* ) | **CASE NO.  3:18-cv-1325-RJD** |
| vs. ) | |
| ) | |
| **MARION COUNTY HOUSING** ) | |
| **AUTHORITY, et al.,** ) | |
| ) | |
| *Defendants.* ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBBY ORDERED AND ADJUDGED** pursuant to the Order entered by the Court on June 11, 2019, that all claims have been settled or otherwise resolved. All Defendants are dismissed from this action with prejudice, each party to bear their own costs, unless otherwise provided in the settlement documents.

**DATED:  August 19, 2019**

**MARGARET M. ROBERTIE**
**CLERK OF COURT**

By: *s/ Jamie Melson*
    Deputy Clerk

**APPROVED:**

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**